

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NOS. WR-85,060-01 & WR-85,060-02

### EX PARTE ROGER DALE CARTER, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 09-03-02825-CR & 09-03-02827-CR
### IN THE 359TH DISTRICT COURT FROM MONTGOMERY COUNTY

YEARY, J., filed a concurring opinion in which KEASLER, and HERVEY, JJ., joined.

### CONCURRING OPINION

Adhering to the views expressed in my concurring opinion in *Ex parte Pointer*, ___ S.W.3d ___, Nos. WR-84,786-01 & WR-84,786-02 (Tex. Crim. App. del. June 8, 2016), I join in the Court's disposition of these cases.

FILED: June 29, 2016
DO NOT PUBLISH